| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  January 18, 2024*<br>*Time:  10:00 a.m.* |

-----------------------------------------------------------X
In re:

                                                                                 Chapter 13
                                                                                 Case No.: 23-44680-206

REHAN REHMAN

                     Debtor(s)                               **<u>NOTICE OF MOTION</u>**

-----------------------------------------------------------X
SIRS / MADAMS:

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge on the 18th day of JANUARY, 2024 at 10:00 a.m., at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York, 11201, for an Order pursuant to 11 U.S.C. §§ 109(g), 521, & 1307(c), dismissing this case by reason of the debtor(s)' not being a resident of New York State, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video.  Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing.  The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 .  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347)394-1844, jmm_hearings@nyeb.uscourts.gov.

        **PLEASE TAKE NOTICE**, that the hearing on the Motion may be adjourned without notice other than announcement in open Court.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>       December 27, 2023 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, NY  11749<br>(631) 549-7908 |

*To:*    *Office of the United States Trustee*
          *REHAN REHMAN, Pro-Se Debtor(s)*
          *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X    **tmm1634**

In re:

                                                               Chapter 13
                                                                Case No.: 23-44680-206

REHAN REHMAN

                             Debtor(s)                    **APPLICATION**
----------------------------------------------------------X

TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

       1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 18, 2023, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.  Upon information and belief, this is the fourth (4) petition for relief filed by the debtor(s), under Chapter 7, 11 and 13, dating back to March 27, 2014.

       3.  The debtors first petition was filed in the Southern District of Texas (Houston) under case 14-31706, on March 27, 2014. The debtors Chapter 13 case was dismissed upon application of the debtor, on May 29, 2014. The debtors second petition was filed by debtor(s) in the Eastern District of New York (Brooklyn) under case number 14-45313, on October 22, 2014. The debtors Chapter 7 case received a standard discharge, on September 27, 2016. The third petition was filed by the debtor(s) in the Southern District of Texas (Houston) under case number 21-31686, on May 21, 2021. The debtor(s) business *Park 4 Less LLC* Chapter 11 case that was converted to Chapter 7 on, December 16, 2021, case was terminated, on October 6, 2023.

       4. Furthermore, the debtors home address and place of business Park 4 Less LLC are both in Texas and the Trustee believes the debtor is district hopping and not a resident of New York.

       5. In fact the debtor's mailing address is 3112 Ivydale Rd Pearland, TX 77581.

       6.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

       **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       December 27, 2023

                                            **/s/ Michael J. Macco**
                                            Michael J. Macco, Chapter 13 Trustee
                                            2950 Express Drive South, Suite 109
                                            Islandia, NY  11749
                                            (631) 549-7908

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x   Case No: 23-44680-206
IN RE:

**CERTIFICATE OF SERVICE**
REHAN REHMAN                                              **BY MAIL AND ELECTRONIC**
                                                          **SERVICE**


                    Debtor.
------------------------------------------------------x

        This is to certify that I, Alexandria Jumara, have this day served a true, accurate and correct copy of the within *Notice of Motion and Application,* by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Rehan Rehman*
*3112 Ivydale Rd*
*Pearland, TX 77581*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Carvana, LLC*
*AIS Portfolio Services, LLC*
*Marian Garza*
*Claims Processor*
*ECFNotices@aisinfo.com*



This December 28, 2023

**/s/ Alexandria Jumara**
Alexandria Jumara, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908