Debtor 1  **Rehan** _____ **Rehman** _____  Case number (if known) **1-23-44680-jmm**
   First Name   Middle Name   Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................. → | 4. | $ 3,850.00 | $ 3,850.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 85.00 | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 45.00 | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 35.00 | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 25.00 | $ _____ |
| 5e. Insurance | 5e. | $ 42.00 | $ _____ |
| 5f. Domestic support obligations | 5f. | $ _____ | $ _____ |
| 5g. Union dues | 5g. | $ 12.00 | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ _____ | + $ _____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.   $ 244.00   $ _____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 3,606.00   $ _____

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ _____

   8b. **Interest and dividends**   8b.   $ 0.00   $ _____

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ _____

   8d. **Unemployment compensation**   8d.   $ 0.00   $ _____

   8e. **Social Security**   8e.   $ 0.00   $ _____

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $ _____

   8g. **Pension or retirement income**   8g.   $ 0.00   $ _____

   8h. **Other monthly income.** Specify: _____   8h.   + $ 0.00   + $ _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $ _____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 3,606.00 + $ 3,606.00 = $ 3,606.00

11. **State all other regular contributions to the expenses that you list in** _Schedule J_.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J_.
    Specify: _____   11.   + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the _Summary of Your Assets and Liabilities and Certain Statistical Information_, if it applies   12.   $ 3,606.00
                                              Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☒ Yes. Explain: New job started, will increase driving mileage with some time that will add towards more salary.

Official Form 106I     Schedule I: Your Income     38

**Fill in this information to identify your case:**

Debtor 1: Rehan _____ Rehman
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of New York

Case number: 1-23-44680-jmm
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
12/31/2023
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 27 | ☐ No ☑ Yes |
   | Daughter | 25 | ☐ No ☑ Yes |
   | Daughter | 23 | ☐ No ☑ Yes |
   | Daughter | 21 | ☑ No ☐ Yes |
   | Wife | 45 | ☐ No ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☐ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                            4.  $ _____ 0.00

   **If not included in line 4:**

   4a. Real estate taxes                                               4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance                    4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses                   4c. $ _____ 0.00
   4d. Homeowner's association or condominium dues                     4d. $ _____ 0.00

Official Form 106J                          Schedule J: Your Expenses                                    39

Debtor 1    **Rehan**            **Rehman**        Case number *(if known)* **1-23-44680-jmm**
          First Name    Middle Name    Last Name

                                                                                                              **Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans     5.   $ _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas     6a. $ _____
   - 6b. Water, sewer, garbage collection     6b. $ _____
   - 6c. Telephone, cell phone, Internet, satellite, and cable services     6c. $ _____
   - 6d. Other. Specify: _____     6d. $ _____

7. **Food and housekeeping supplies**     7. $ 150.00
8. **Childcare and children's education costs**     8. $ 00.00
9. **Clothing, laundry, and dry cleaning**     9. $ 75.00
10. **Personal care products and services**     10. $ 25
11. **Medical and dental expenses**     11. $ 50
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.     12. $ 150
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $ 00.00
14. **Charitable contributions and religious donations**     14. $ 00.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance     15a. $ _____
    - 15b. Health insurance     15b. $ _____
    - 15c. Vehicle insurance     15c. $ 135.00
    - 15d. Other insurance. Specify: _____     15d. $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____     16. $ 0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1     17a. $ 0.00
    - 17b. Car payments for Vehicle 2     17b. $ 0.00
    - 17c. Other. Specify: _____     17c. $ 0.00
    - 17d. Other. Specify: _____     17d. $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**     18. $ _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____     19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    - 20a. Mortgages on other property     20a. $ _____
    - 20b. Real estate taxes     20b. $ _____
    - 20c. Property, homeowner's, or renter's insurance     20c. $ _____
    - 20d. Maintenance, repair, and upkeep expenses     20d. $ _____
    - 20e. Homeowner's association or condominium dues     20e. $ _____

Debtor 1   **Rehan** _____ **Rehman** _____   Case number *(if known)* 1-23-44680-jmm
　　　　　First Name　Middle Name　Last Name

21. **Other.** Specify: Leased Land to build business　　　　　　21. +$ 1800.00

22. **Calculate your monthly expenses.**

　　22a. Add lines 4 through 21.　　　　　　　　　　　　　　　22a. $ 2385.00

　　22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2　　　22b. $ 00.00

　　22c. Add line 22a and 22b. The result is your monthly expenses.　　22c. $ 2385.00

23. **Calculate your monthly net income.**

　　23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.　　23a. $ 3606.00

　　23b. Copy your monthly expenses from line 22c above.　　　　　　23b. −$ 2385.00

　　23c. Subtract your monthly expenses from your monthly income.
　　　　The result is your *monthly net income*.　　　　　　　　　　23c. $ 1221.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

　　For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

　　☑ No.
　　☐ Yes.　Explain here: Will Control my expenses very strickly, either to maintain them at present sitution or decrease them most probably.

Official Form 106J　　　　Schedule J: Your Expenses　　　　41

**Fill in this information to identify your case:**

Debtor 1 __Rehan_____ _____ __Rehman_____
            First Name          Middle Name      Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of New York
                                                              (State)
Case number   1-23-44680-jmm
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Rehan Rehman_____     X _____
Signature of Debtor 1                         Signature of Debtor 2

Date  01/01/2024                              Date _____
       MM / DD / YYYY                                MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules        45

Fill in this information to identify your case:

Debtor 1  REHAN    REHMAN
         First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of New York (State)

Case number  1-23-44680-jmm
(If known)

☐ Check if this is an amended filing

Official Form 106Sum
# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ............................................................. $ 00.00

   1b. Copy line 62, Total personal property, from Schedule A/B ................................................. $ 5480.00

   1c. Copy line 63, Total of all property on Schedule A/B ........................................................... $ 5480.00

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D ............ $ 00.00

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F ....................... $ 44062.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ................. + $ 88398.00

   **Your total liabilities**  $ 132460.00

## Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I ............................................... $ 3606.00

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J ....................................................... $ 2385.00

Official Form 106Sum         Summary of Your Assets and Liabilities and Certain Statistical Information         10

Debtor 1  Rehan Rehman        Case number (if known) 1-23-44680-jmm
        First Name  Middle Name  Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. What kind of debt do you have?

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 5700.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 00.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 80.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 60.00

   9d. Student loans. (Copy line 6f.)    $ 105000.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 00.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 00.00

   9g. **Total.** Add lines 9a through 9f.    $ 105000.00