UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In re:                                                                Chapter 13
                                                                      Case No.: 23-44680-2

REHAN REHMAN

                         Debtor(s)

-------------------------------------------------X        **OBJECTION**

### OBJECTION TO THE TRUSTEE'S PETITION TO DISMISS CASE

TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

REHAN REHMAN Chapter 13 Pro-Se Debtor(s) of the above captioned case, respectfully represents as follows:

1- I am Objecting to the Trustee's Petition which was filed on December 27, 2023
2- Trustee based on his claim that I am not resident of New York, I am a permanent resident of New York, and my ID is attached. I have been living in New York since 1988, filed my Chapter 7 petition in the Eastern District of New York in October of 2014. It was only possible while being a permanent resident of the State.

3- Due to health and Cold weather-related issues in NY with my children moved to Texas, Yes, it's true I tried to setup and still trying to setup business in Texas so I can also permanently relocate with my family.

4- Yes, my kids live in Texas, but I always have my residence in New York, my New York ID is proof of my residence in New York. I do travel back and forth.

5- I use my family residence as my mailing address to make sure I don't miss or lose any mail.

6- Due to my permanent residence still in New York I have all the rights to file my Chapter 13 case here in New York.

Dated: Jamaica, New York
January 24, 2024

                                                                                    Rehan Rehman
                                                                                    *Rehan Rehman* (signature)
                                                                                    16230 86th AVE 3L Jamaica, NY 11432

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
In re:                                                                  Chapter 13
                                                                              Case No.: 23-44680-2

REHAN REHMAN
                        Debtor (s)
                                                                       **CERTIFICATE OF SERVICE**
-----------------------------------------------X               **BY MAIL AND ELECTRONIC**
                                                                                **SERVICE**

    This is to certify that I. Rehan Rehman have this day served a true, accurate and correct copy of the within **NOTICE OF OBJECTION**, by depositing a true copy of same, enclosed in a postpaid, properly addressed wrapped in an official depositing under the exclusive care and custody of the United States Postal Service within the State of New York:

Michael J. Macco
Chapter 13 Trustee
2950 Express Drive South. Suite109
Islandia, NY 11749   Chapter13documents@maccolaw.com

And upon the following parties, by the email address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S Federal Office Building*
USTP.Region02.BR.TFRDR@usdoj.gov

*Carvana, LLC*
*AIS Portfolio Services, LLC*
*Marian Garza Claims Processor*
ECFNotices@aisinfo.com

This January 24, 2024

*[signature]*

Rehan Rehman

16230 86th AVE 3L Jamaica, NY 11432



**NYS Department of Motor Vehicles**
Visit us at dmv.ny.gov

CUSTOMER RECEIPT
INTERIM ID CARD
**IDENTIFICATION CARD**

REHMAN
REHAN                           Class      *ID*
PK812751  JAN 08 2024  DKR      DOB ███████
                                6.50  JAM556

REHMAN
REHAN
16230 86TH AVE 3L
JAMAICA              NY 11432

VISA  ████████████   6.50

YOU HAVE DECLINED TO REGISTER TO VOTE/ALREADY
REGISTERED/OR DO NOT WANT TO NOTIFY THE BOARD
OF ELECTIONS OF ANY CHANGE.

PK 812751                                MV-1 (12/20) PART 1

---



**NYS Department of Motor Vehicles**

INTERIM ID CARD
████████████
**IDENTIFICATION CARD**
PK812751  JAN 08 2024
DKR  Fee  6.50  JAM556



Visit us at dmv.ny.gov

PK 812751



**NYS Department of Motor Vehicles**

INTERIM ID CARD


Class  ID      Restrictions  NON-DRIV
Endorsements  NONE
Status terminates on  ████████
Probation Date  NONE
This document expires on  03/08/24
REHMAN
REHAN
16230 86TH AVE 3L
JAMAICA              NY 11432
Sex  M      Eyes  BK      Ht.  5 8
Birthdate  ████████
Additional Restrictions  NONE

**Not for Federal Purposes**
Sign Here  *Rehan Ismay*
Keep this document until you receive your Photo Document
MV-1 (12/20) PART 2

