



Postal Money Order — $50.00 — Fifty Dollars and 00/100
Serial Number: 28788201224
Pay to: United States Bankruptcy Court
Address: 271-C Cadman Plaza East
Memo: Case # 1-23-44680-jmm Rehan Rehman CH-13
Clerk: Rehan Rehman