UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

In re:

REHAN REHMAN

              Debtor (s)

-----------------------------------------------X

Chapter 13
Case No.: 23-44680-206

**CASE ADJURN REQUEST**

## COURT DATE ADJURN REQUEST DUE TO MEDICAL REASONS

TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

REHAN REHMAN Chapter 13 Pro Se of the above captioned case, respectfully represents as follows:

I am Requesting to the Honorable Judge to adjourn my court date due to following medical reasons.

1. My medical procedure has been scheduled for the afternoon of March 14, 2024.
2. I have been called by the doctor's clinic to come early morning NPO for Pretesting in preparedness for the medical procedure on the same day.
3. Attached is the clinic's Note indicating call for Pretesting.
4. Therefore, I am unable to attend my hearing and appear on this date in court.
5. The doctor advised and suggested that I must take complete bed rest for a at least three to four weeks after the procedure is completed.
6. Kindly adjourn my next appearance for any day after 4 weeks.

Dated: Houston, Texas
March 11, 2024

                                                Rehan Rehman
                                                *[signature]*
                                                3112 Ivydale Rd. Pearland, TX  77581

 

# THE TEXAS INTERNATIONAL INSTITUTE OF HEALTH PROFESSIONS
## (dba) VCare Clinics

### TO WHOME IT MAY CONCERN

This is to inform you that Mr. Rehan Rehman has a scheduled medical procedure / Lab work for March 14th in the afternoon.

He must be present NPO in the clinic for Pretesting from early morning till the procedure is completed.

So please reschedule his court appearance.

Please feel free to call me with any questions.

Sincerely,

Fritz S. Razvi, PA-C
Medical Provider

VCARE CLINICS
1017 Fairmont Pkwy
Pasadena, TX 77504
P:7139442275 F:7139444250

Vcare Clinics – Fairmont
1017 Fairmont Pkwy
Pasadena, TX 77504
(P): 713-944-2275
(F): 713-944-4250

---

8121 Broadway St., Ste. 103 Houston, TX 77061    Phone: 713-640-2235    Fax: 713-640-2276
website: www.vcareclinics.org