

**USPS Money Order Customer's Receipt**

CH-13, Case # 23-44680  $100.00

Pay to: Nolshia Pierre Court Info Clerk
Address: U.S. Bankruptcy Court
271-C Cadman Plaza E EDNY

Serial Number: 28788204115
Year, Month, Day: 2024-03-04
Post Office: 775810
Amount: $100.00
Clerk: 13

---

**U.S. Postal Service — CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Brooklyn, NY 11201

Certified Mail Fee: $4.40
Extra Services & Fees:
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $0.00

Postmark Here: MAR -4 2024   0581   13

Sent To: Nolshia Pierre Court Info Clerk
U.S. Bankruptcy Court EDNY
271-C Cadman Plaza East
Brooklyn, New York 11201

Tracking: 9589 0710 5270 0853 8502 48

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



**UNITED STATES POSTAL SERVICE**

PEARLAND
3519 E WALNUT ST
PEARLAND, TX 77581-9998
(800)275-8777

03/04/2024                    01:27 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Money Order | | | $100.00 |
| Serial#: 28788204115 | | | |
| Money Order Fee | | | $2.10 |
| Total | | | $102.10 |
| First-Class Mail® Letter | 1 | | $0.68 |
| Brooklyn, NY 11201 | | | |
| Weight: 0 lb 0.20 oz | | | |
| Estimated Delivery Date Fri 03/08/2024 | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 9589 0710 5270 0853 8502 48 | | | |
| Total | | | $5.08 |

Grand Total: $107.18

Debit Card Remit: $100.00
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX9743
  Approval #: 112164
  Transaction #: 989
  Receipt #: 065190
  Debit Card Purchase: $100.00
  AID: A0000000042203   Chip
  AL: US Debit
  PIN: Verified

Debit Card Remit: $7.18
  Card Name: VISA
  Account #: XXXXXXXXXXXX3974
  Approval #: 851199
  Transaction #: 990
  Receipt #: 065191
  Debit Card Purchase: $7.18
  AID: A0000000980840   Chip
  AL: US DEBIT
  PIN: Verified

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @