

Rehan Raja
March 25, 2023

My dream toy collection is kept at my Alvinpura Ranch. Have lots of fun when I visit farm land.



**Rehan Raja**
March 18, 2023

**Rehan Raja**
My collection of antique cars is kept in an airconditioned garage at Alvinpura Ranch. All these are very Historical vehicles, Chevy in the left back corner was once owned by a very famous baseball player, Red fire truck in is 1912 still in very nice condition. This entire collection has lots of value for me, making space here for my Ford Model T from 1923 which I have purchased last year.

51w    Like    Reply

