UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Rehan Rehman,

Debtor.
-------------------------------------------------------------X

Chapter 13

Case No. 23-44680-jmm

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITH PREJUDICE OR <u>TRANSFERRED TO THE SOUTHERN DISTRICT OF TEXAS</u>

**WHEREAS**, on December 18, 2023, the above-captioned debtor (the "<u>Debtor</u>") filed a petition for relief under chapter 13 of the Bankruptcy Code; and

**WHEREAS**, on December 28, 2023, the Chapter 13 Trustee (the "Trustee") made a motion to dismiss this case (the "Motion to Dismiss") [ECF No. 16]; and

**WHEREAS**, at the February 22, 2024 hearing (the "February Hearing") on the Motion to Dismiss, the Debtor represented that he lives in New York as a permanent resident and does not reside in Texas, and he would retain a counsel to appear at the March 14, 2024 hearing (the "March Hearing"); and

**WHEREAS**, prior to the March Hearing, the Debtor filed a letter (the "Letter") [ECF No. 34] seeking to adjourn the March Hearing because he was scheduled to have a medical procedure in Texas; and

**WHEREAS**, the Motion to Dismiss indicates that certain of the Debtor's prior bankruptcy cases were filed in Texas; and

**WHEREAS**, the Debtor has not retained counsel and did not appear at the March Hearing; and

**WHEREAS**, cause may exist to dismiss this case with prejudice or to transfer venue to the Southern District of Texas.

**NOW, THEREFORE**, it is hereby:

**ORDERED**, that the Debtor and Debtor's counsel are directed to appear at a hearing (the "Hearing") before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **April 11, 2024 at 10:00 a.m.** to show cause why this case should not be dismissed with prejudice or transferred to Southern District of Texas; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing.  The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126.  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the Debtor and Debtor's counsel.



Dated: March 19, 2024
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge